**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 16, 2026.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-26-00085-CV

---

## TEXAS DEPARTMENT OF MOTOR VEHICLES, Appellant

## V.

## SANTANDER CONSUMER USA, INC., Appellee

---

**On Appeal from the Co Civil Ct at Law No 3
Harris County, Texas
Trial Court Cause No. 1254769**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed March 4, 2026. Appellant has filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.